**STEPHANIE LARSEN, CSR, RPR**
**OFFICIAL COURT REPORTER**
**33rd Judicial District**
**P.O. Box 554 ** Marble Falls, TX  78654**
**(512)715-5230**
**reporter33@dcourt.org**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COURT REPORTER EXTENSION REQUEST

July 10, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711

RE:  03-15-00420-CR  Burnet County Cause No. 42765
     *Texas v. Karra Trichele Allen*

To Whom It May Concern:

Please consider this an extension request as necessary for the reporter's record in the above-named case.

I have received notice of appeal, a Designation of Matters to be Included, and have begun transcription of the reporter's record.  This case concluded on 6/02/15 after a two-week jury trial.  Since that time I have been in trial for three additional jury trials.

This record is between 15-20 volumes, approximately 2000 pages and 400 exhibits.  I am respectfully requesting a 60-day extension.

If you have any questions, please do not hesitate to contact me.

Thank you,

/sl/Stephanie Larsen